

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 1 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 28th day of July, 2015, the cause on appeal to revise or reverse the judgment between

DADRIANNE NICHOLE TURNER, Appellant

No. 05-15-00548-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 1, Dallas County, Texas Trial Court Cause No. F11-70784-H. Opinion delivered per curiam before Justices Fillmore, Myers, and Evans sitting for the Court.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, we **DISMISS** the appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 28th day of July, 2015.



_____
LISA MATZ, Clerk